# EXHIBIT B

**Case #:** 35-2021-CA-000301-AXXX-XX

**File Date:** 02/17/2021

**Party Name/Business:** LONDERS, HOLLY

**Court Type :** Circuit Civil

**Name Suffix:**

**Case Type:** Other-Other

**DOB:**

**Case Status:** OPEN

**Party Type:** Plaintiff

**Restitution Balance:** $0.00

**Offense Date:**

## Court Events

| Date | Time | Event Type | Location | Room | Notes |
|------|------|-----------|----------|------|-------|
| | | | No records found | | |

## Parties

**Judge:** WELKE, BRIAN J

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes |
|-----------|-----------|-----|------|---------------|-----|----------|-----------|------|------|
| INTEL CORPORATION | Defendant | | | | | | | | |
| LONDERS, HOLLY  () | Plaintiff | | | | | | | | |

## Charges

| Count | Citation # | Statute # | Description | Disposition | Disposition Date | Offense Date | Sentence | Sentence Status | Offense Level | Plea | Plea Date |
|-------|-----------|-----------|-------------|-------------|------------------|--------------|----------|-----------------|---------------|------|-----------|
| | | | | | No records found | | | | | | |

## Dockets

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|-------|--------------|----------------|-------|-------------|-------------|------|------|
| ☐ | 1 | 02/17/2021 | 0 | CIVIL COVER SHEET | | | |
| ☐ | 2 | 02/17/2021 | 0 | COMPLAINT | JURY TRIAL DEMAND | | |
| ☐ | 3 | 02/17/2021 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☐ | 4 | 02/17/2021 | 0 | PAID $410.00 ON RECEIPT 2618975, FULLY PAID | $410.00 2618975 Fully Paid | | |
| ☐ | 5 | 02/17/2021 | 0 | SUMMONS ISSUED TO INTEL CORPORATION, | INTEL CORPORATION, | | |
| ☐ | 6 | 02/24/2021 | 0 | SUMMONS RETURNED SERVED AS TO INTEL CORPORATION, / 02/24/2021 | INTEL CORPORATION, 02/24/2021 | | |
| ☐ | 7 | 03/03/2021 | 0 | NOTICE OF APPEARANCE OF | GARRETT O. BERG ON BEHALF OF PLAINTIFF | | |
| ☐ | 8 | 03/11/2021 | 0 | NOTICE OF SERVICE | OF FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT | | |

## Linked Cases

| Case Number | Party Name/Business | Offense Date | Case Status |
|---|---|---|---|
| No records found | | | |

## Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| No records found | | | | | | | |

## Arrests & Bonds

**Arrest Information:**

| Arrest Date | Arresting Agency | Agency Number | Booking # | Incident # |
|---|---|---|---|---|
| No records found | | | | |

**Bond Information:**

| Count | Type | Bond # | Bondsman | Surety Company | Cash Depositor | Amount | Closed Date | Forfeiture Date | Effective Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | | | |

## Fees

**Fee Information:** *Balance: $0.00*
(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information , please contact the Clerk's office.)

| Effective Date | Due Date | Fee Description | Amount Due | Amount Paid | Balance | In Judgment | In Collections |
|---|---|---|---|---|---|---|---|
| 02/17/2021 | 02/17/2021 | Lake - Circuit Civil Filing Fee | $400.00 | $400.00 | $0.00 | | |
| 02/17/2021 | 02/17/2021 | Lake - Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | |
| | | | *$410.00* | *$410.00* | *$0.00* | | |

**Payment Plan Information:**

| Plan # | Scheduled Payment Amount | Balance Due | Partial Payment |
|---|---|---|---|
| No records found | | | |