# COMPOSITE EXHIBIT C

Filing # 121569843 E-Filed 02/17/2021 03:10:32 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO.

HOLLY LONDERS, individually and on behalf of all others similarly situated,

CLASS ACTION

*Plaintiff,*

JURY TRIAL DEMANDED

vs.

INTEL CORPORATION,

*Defendant.*
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:   INTEL CORPORATION
      c/o CT Corporation System
      1200 S Pine Island Road
      Plantation, FL 33324

    Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of _____, 2021.

As Clerk of the Court

By: _____
As Deputy Clerk



## GARY J. COONEY

CLERK OF THE CIRCUIT COURT AND COMPTROLLER
P O BOX 7800, 550 WEST MAIN STREET, TAVARES, FL  32778

**RECEIPT**
2618975

Printed On:
02/17/2021 03:46
Page 1 of 1

| Receipt Number: 2618975 - Date 02/17/2021  Time 3:46PM ||||
|---|---|---|---|
| **Received of:** | Robert Jurewicz <br> 14 NE 1st Ave ste.705 <br> Miami, FL 33132 |||
| **Cashier Name:** | efiling | **Balance Owed:** | 410.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 410.00 |
| **Receipt ID:** | 2220475 | **Remaining Balance:** | 0.00 |
| **Division:** ||||

| Case# 35-2021-CA-000301-AXXX-XX -- Plaintiff: LONDERS, HOLLY ||||
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 410.00 | 410.00 | 0.00 |
| **Case Total** | **410.00** | **410.00** | **0.00** |

| Payments |||
|---|---|---|
| Type | Ref# | Amount |
| eFiling Credit Card | 30457076 | 410.00 |
| **Total Received** || 410.00 |
| **Total Paid** || 410.00 |

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO. 2021CA301

| | |
|---|---|
| HOLLY LONDERS, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| vs. | |
| INTEL CORPORATION, | |
| *Defendant.* _____/ | |

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:   INTEL CORPORATION
      c/o CT Corporation System
      1200 S Pine Island Road
      Plantation, FL 33324

Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this __17th__ day of __February__, 2021.

As Clerk of the Court

By: _Linda Benson_
As Deputy Clerk

# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Lake** | **Circuit Court** |

Case Number: 2021CA301

Plaintiff:
**HOLLY LONDERS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERES SIMILARLY SITUATED**

vs.

Defendant:
**INTEL CORPORATION**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 23rd day of February, 2021 at 11:20 am to be served on **INTEL CORPORATION C/O CT CORPORATION SYSTEM, 1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Sandra Quinones, do hereby affirm that on the **24th day of February, 2021** at **3:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **REGISTERED AGENT** for **INTEL CORPORATION C/O CT CORPORATION SYSTEM**, at the address of: **1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

_____
**Sandra Quinones**
SPS #394

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2021000464
Ref: S&G

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g



Filing # 121569843 E-Filed 02/17/2021 03:10:32 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO. 2021CA301

HOLLY LONDERS, individually and on behalf of all others similarly situated,

CLASS ACTION

Plaintiff,

JURY TRIAL DEMANDED

vs.

INTEL CORPORATION,

Defendant.
_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:   INTEL CORPORATION
      c/o CT Corporation System
      1200 S Pine Island Road
      Plantation, FL 33324

   Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this __17th__ day of __February__, 2021.

As Clerk of the Court

By: _Linda Benson_
    As Deputy Clerk

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO.: 35-2021-CA-000301-AXXX-XX

HOLLY LONDERS, *individually and on behalf of all others similarly situated,*

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

INTELINTEL CORPORATION,

Defendant.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 3, 2021

Respectfully submitted,
*/s/ Garrett O. Berg*
**SHAMIS & GENTILE, P.A.**
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.

Respectfully submitted,
*/s/ Garrett Berg*

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO. 35-2021-CA-000301-AXXX-XX

Holly Londers, *individually and on behalf of all others similarly situated*,

    Plaintiff,

vs.

Intel Corporation,

    Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S NOTICE OF SERVICE OF
FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT**

Plaintiff, by and through counsel and pursuant to Florida Rules of Civil Procedure 1.340, 1.350, and 1.370, hereby gives notice of serving Interrogatories, Request for Production of Documents, and Request for Admissions on Defendant to be answered separately and fully, in writing and under oath if applicable within thirty (30) days after service thereof.

DATED: March 11, 2021

                                                By:    */s/ Andrew J. Shamis*
                                                        **SHAMIS & GENTILE, P.A.**
                                                        Andrew J. Shamis, Esq.
                                                        Florida Bar No. 101754
                                                        ashamis@shamisgentile.com
                                                        14 NE 1st Avenue, Suite 705
                                                        Miami, Florida 33132
                                                       (t) (305) 479-2299
                                                       (f) (786) 623-0915

                                                        **EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

*Counsel for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the aforementioned discovery requested were served electronically on counsel for Defendant.

*/s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915