# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HOLLY LONDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. |

## DECLARATION OF SCOTT PEARCE

Pursuant to 28 U.S.C. § 1746, I, Scott Pearce, state as follows:

1. I am an employee of Defendant Intel Corporation ("Intel"). I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this Declaration.

2. Between January 2019 and January 2021, more than 5,000 individuals from locations in Florida have visited Intel's website (www.intel.com).

3. Intel Corporation is a Delaware corporation with its principal place of business in California.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chandler, Arizona this 25 day of March, 2021.

_____
Scott Pearce