# EXHIBIT F

## IN THE CIRCUIT COURT FOR THE FIFTH
## JUDICIAL CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

HOLLY LONDERS, Individually
and on behalf of all other similarly situated,

        CASE NO. 35-2021-CA-00301

   Plaintiffs,

v.

INTEL CORPORATION,

   Defendant.
_____/

### NOTICE OF FILING NOTICE OF REMOVAL

    Defendant, Intel Corporation ("Defendant"), by and through the undersigned attorneys, hereby files with the Clerk of Court for the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida and serves upon Plaintiff, Holly Londers ("Plaintiff"), the attached Notice of Removal timely filed in the United States District Court for the Middle District of Florida, Orlando Division. Pursuant to 28 U.S.C. 1446(d), the filing of the instant Notice effects the removal of this Action, and this Court shall proceed no further unless this Action is remanded from the United States District Court for the Middle District of Florida.

Dated: March 26, 2021        Respectfully submitted,

        By:____/s/ Beth-Ann E. Krimsky_____
        **BETH-ANN E. KRIMSKY**
        Fla. Bar No. 968412
        Email: beth-ann.krimsky@gmlaw.com
        Email: clemencia.corzo@gmlaw.com
        **AARON T. WILLIAMS**
        Fla. Bar No. 99224
        Email: aaron.williams@gmlaw.com
        Email: agatha.mctier@gmlaw.com
        **GREENSPOON MARDER LLP**
        200 East Broward Blvd., Suite 1800
        Fort Lauderdale, Florida 33301
        Telephone: (954) 527-2427
        Facsimile: (954) 333-4027

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **26th** day of March, 2021, a copy of the foregoing Notice of Filing Notice of Removal was filed via the Florida Courts E-Filing Portal served on all parties via the Florida Courts E-Filing Portal.

By: */s/ Beth-Ann E. Krimsky*
BETH-ANN E. KRIMSKY