# APPENDIX G



May 19, 2021

**VIA EMAIL**

Vanessa Soriano Power
600 University Street, Suite 3600
Seattle, WA 98101
D. 206.386.7553
vanessa.power@stoel.com

Andrew Shamis
Shamis & Gentile, PA
14 NE 1st Ave., Ste. 705
Miami, FL 33132

Scott Edelsberg
Edelsberg Law, PA
20900 NE 30th Ave., Ste. 417
Aventura, FL 33180

Christopher Gold
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Ste. 500
Boca Raton, FL 33433

Manuel Hiraldo
Hiraldo PA
401 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301

Re:   *Holly Londers v. Intel Corporation*
      **U.S. District Court for M.D. Fla. Case No. 5:21-cv-00182-JSM-PRL**
      **Request for Stay of Discovery**

Dear Counsel:

On behalf of Defendant Intel Corporation ("Intel"), I am writing to meet-and-confer to seek the professional courtesy of a stay of discovery pending a ruling on Intel's motion to dismiss. On May 28, 2021, before the parties had yet concluded their Fed. R. Civ. P. 26(f) conferral, discovery requests were issued by Ms. Londers to Intel. Setting aside the parties' dispute as to the effective date of service, Intel seeks agreement from Ms. Londers to stay discovery.

Intel requests a stipulation to stay all discovery at this time and, if Intel's motion to dismiss is denied, 30 days from the date of the order within which to serve objections and responses. The basis for this request stems from the procedural status of the case, the voluminous and burdensome scope of requested discovery, and they fact that other courts have granted stays in these burgeoning case filings.

Please let us know Ms. Londers' position. If Ms. Londers does not agree to the requested stay, please advise when you are free for a call to discuss.

Very truly yours,

*Vanessa Soriano Power*

Vanessa Soriano Power

cc:   Beth-Ann Krimsky
      Aaron Williams

110983203.1 0072577-00023